IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**OKI KOLIAR JOHNSON**                                               **PLAINTIFF**

v.                                                   **CIVIL NO. 1:23-cv-00318-HSO-BWR**

**RENEE LICK, et al.**                                               **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 26th day of February, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE